court that the court was required to run Movant's ten-year sentence concurrently with the Movant's two concurrent Illinois sentences for similar crimes.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. The parties have been furnished with a memorandum opinion for their information only, which sets forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).

## ORDER

PER CURIAM.

Stacy Shaw appeals the judgment denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous. An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment under Rule 84.16(b).

■

**Stacy SHAW, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 87486.**

Missouri Court of Appeals,
Eastern District,
Division Three.

April 17, 2007.

S. Kristina Starke, Public Defender, Saint Louis, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Victor J. Melenbrink, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before GLENN A. NORTON, P.J., LAWRENCE E. MOONEY, J. and KENNETH M. ROMINES, J.

■

**In the Interest of E.E., a Minor.**

**Floyd Ellis and Linda Barton, Respondents/Appellants,**

v.

**Juvenile Office of the 20th Judicial Circuit, State of Missouri, Petitioner.**

**No. ED 88763.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 17, 2007.

A. David Arand, Union, MO, for appellant.

Heather R. Cunningham, Union, MO, for respondent.